# In the Supreme Court of the State of Alaska

TRAVIS BUNTIN, )
)
        Plaintiff, )
)
        v. )
)
SCHLUMBERGER TECHNOLOGY )
CORPORATION, )
)
        Defendant. )
)

Supreme Court Nos. S-17309/17519

U.S. District Court No. 3:16-CV-00073 (TMB)

**ORDER**
**Withdraw and Reissue Opinion**

June 11, 2021

Before:     Bolger, Chief Justice, Winfree, Maassen, Carney, and Borghesan, Justices

Having considered Travis Buntin's Petition for Rehearing and Schlumberger Technology Corporation's response,

**IT IS ORDERED** that the Petition for Rehearing is **GRANTED IN PART** but otherwise **DENIED**, and:

1.     Opinion No. 7521 issued on April 23, 2021, is **WITHDRAWN**.

2.     Opinion No. 7535 is issued on June 11, 2021, in its place, revising footnote 82 as follows:

> One question left open in today's decision is whether, in addition to being precluded from giving exemptions a narrow reading, Alaska courts are required to apply general federal ~~rules of~~ statutory interpretation methodologies in lieu of our "sliding scale approach," *see Mat-Su Valley Med. Ctr., LLC v. Bolinder*, 427 P.3d 754, 763 (Alaska 2018), when deciding cases involving AWHA exemptions explicitly linked to federal interpretation~~, as white collar exemptions are. The parties did not brief or argue this issue, and we do not decide it today~~. We note, as some scholars have pointed out, that it is not entirely clear what the federal ~~rules of~~ statutory

interpretation ==methodologies== are~~, and, where they exist,~~ or how binding they are.  *See* Abbe R. Gluck, *Intersystemic Statutory Interpretation:  Methodology as "Law" and the* Erie *Doctrine*, 120 YALE L. J. 1898, 1909-11 (2011) (noting that federal rules of statutory interpretation, with some notable exceptions, are largely unresolved).

Entered by direction of the court.

Clerk of the Appellate Courts

/s/

_____
Meredith Montgomery

cc:     Supreme Court Justices

Distribution:

Daniel Pace
Pace Law Offices
101 E. Ninth, #7A
Anchorage, AK  99501

Timothy W. Seaver
Seaver & Wagner, LLC
500 "L" Street, #501
Anchorage, AK  99501

Kenneth Legacki
Kenneth W. Legacki, PC
2207 Spenard Road, #209
Anchorage, AK  99501

William J. Evans
Sedor Wendlandt Evans & Filippi, LLC
500 "L" Street, #500
Anchorage, AK  99501

Aaron D. Sperbeck
Birch Horton Bittner & Cherot
510 "L" Street, #700
Anchorage, AK  99501

Martin J. Regimbal
Jennifer D. Sims
The Kullman Firm, P.L.C.
119 Third Street S., #2
Columbus MS  39701

Samuel Zurik, III
Robert P. Lombardi
Bryan Edward Bowdler
The Kullman Firm, P.L.C.
1100 Poydras Street, #1600
New Orleans, LA  70163